IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

*In Re: Boston Scientific Corp.*
*Pelvic Repair System Products Liability Litigation*
*MDL No. 2326*

Civil Action No. 2:16-cv-04043

---

### SHORT FORM COMPLAINT

Come now the Plaintiff(s) named below, and for their Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2326 by reference. Plaintiff(s) further show the Court as follows:

1. Female Plaintiff:

   Oralee Cowan

2. Plaintiff Husband (if applicable):

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. State of Residence:

   Texas

5. District Court and Division in which venue would be proper absent direct filing:

   United States District Court for the Western District of Texas

   Midland-Odessa Division

6. Defendants (Check Defendants against whom Complaint is made):

   ☑   A.  Boston Scientific Corporation

Revised: 05/28/14

☐      B. American Medical Systems, Inc. ("AMS")

☑      C. Johnson & Johnson

☑      D. Ethicon, Inc.

☑      E. C. R. Bard, Inc. ("Bard")

☑      F. Sofradim Production SAS ("Sofradim")

☐      G. Tissue Science Laboratories Limited ("TSL")

☐      H. Mentor Worldwide LLC

☐      I. Coloplast Corp.

☐      J. Cook Incorporated

☐      K. Cook Biotech, Inc.

☐      L. Cook Medical, Inc.

☐      M. Desarrollo e Investigación Médica Aragonesa, S.L. ("DIMA")

☐      N. Neomedic International, S.L.

☐      O. Neomedic Inc.

☐      P. Specialties Remeex International, S.L.

7. Basis of Jurisdiction:

     ☑      Diversity of Citizenship

     ☐      Other: _____

A. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

4, 5, 6

B. Other allegations of jurisdiction and venue:

8. Defendants' products implanted in Plaintiff (Check products implanted in Plaintiff):

- ☐ The Uphold Vaginal Support System;
- ☐ The Pinnacle Pelvic Floor Repair Kit;
- ☑ The Advantage Transvaginal Mid-Urethral Sling System;
- ☐ The Advantage Fit System;
- ☐ The Lynx Suprapubic Mid-Urethral Sling System;
- ☐ The Obtryx Transobturator Mid-Urethral Sling System;
- ☐ The Prefyx PPS System;
- ☐ The Solyx SIS System; and/or
- ☑ Other

  Avaulta Anterior Biosynthetic Support System

  Gynecare TVT

9. Defendants' Products about which Plaintiff is making a claim. (Check applicable products):

- ☐ The Uphold Vaginal Support System;
- ☐ The Pinnacle Pelvic Floor Repair Kit;
- ☑ The Advantage Transvaginal Mid-Urethral Sling System;
- ☐ The Advantage Fit System;
- ☐ The Lynx Suprapubic Mid-Urethral Sling System;
- ☐ The Obtryx Transobturator Mid-Urethral Sling System;

3

☐ The Prefyx PPS System;

☐ The Solyx SIS System; and/or

☑ Other

Avaulta Anterior Biosynthetic Support System

Gynecare TVT

10. Date of Implantation as to Each Product:

07/06/2004 (Advantage)

06/29/2007 (Avaulta and TVT)

11. Hospital(s) where Plaintiff was implanted (Including City and State):

Methodist Hospital, Lubbock, TX (Advantage)

Medical Center Hospital, Odessa, TX (Avaulta and TVT)

12. Implanting Surgeon(s):

James F. Kirk, M.D. (Advantage)

Pill Raja, M.D. (Avaulta and TVT)

13. Counts in the Master Complaint brought by Plaintiff(s)

☑ Count I – Negligence

☑ Count II – Strict Liability – Design Defect

☑ Count III – Strict Liability – Manufacturing Defect

☑ Count IV – Strict Liability – Failure to Warn

☑ Count V - Breach of Express Warranty

4

☑ Count VI – Breach of Implied Warranty

☐ Count VII (by the Husband) – Loss of Consortium

☑ Count VIII – Discovery Rule, Tolling and Fraudulent Concealment

☑ Count IX – Punitive Damages

☐ Other Count _____ If Plaintiff asserts additional claims, please state the factual and legal basis for these claims below:

☐ Other Count _____ If Plaintiff asserts additional claims, please state the factual and legal basis for these claims below:

s/ Rhett A. McSweeney

Attorney(s) for Plaintiff

Address, phone number, email address and bar information:

Rhett A. McSweeney (MN: 269542)
ram@WeStrikeBack.com
David M. Langevin (MN: 329563)
dave@WeStrikeBack.com

McSweeney / Langevin
2116 2nd Avenue South
Minneapolis, Minnesota
55404

p. (612) 746-4646

5